UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LINDA K. DARDEN, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CUMBERLAND COMMUNITY ACTION )<br>PROGRAM, INC., and CYNTHIA )<br>WILSON, )<br>        Defendants. ) | **JUDGMENT**<br>No. 5:13-CV-311-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Voluntary Dismissal is ALLOWED, and her claims against Defendant Cumberland Community Action Program, Inc., are DISMISSED. Her Motion for Consultation is DENIED as moot. The Motion to Dismiss Amended Complaint is ALLOWED, and Plaintiff's claims against Defendant Cynthia Wilson are DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on October 2, 2013, and Copies To:**

Linda K. Darden  (329 Kimberwicke Drive, Fayetteville, NC 28311)
Ann Herlocker Smith (via CM/ECF Notice of Electronic Filing)
Nicola Ai Ling Prall (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>October 2, 2013 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |